UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                      :

CONSERVATION LAW FOUNDATION,
INCS,                                                                             :

                      :

              Plaintiff,       :        24-CV-09420 (JAV)

                      :

        -v-           :        ORDER

                      :

SIMS GROUP USA CORPORATION, SIMS    :
GROUP USA HOLDINGS CORPORATION, SMM  :
EAST CORPORATION,             :

                      :

                      X

            Defendant.
------------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated October 3, 2025, ECF No. 20, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by February 10, 2026. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 13, 2026, by 5:00 p.m**.

      SO ORDERED.

Dated:  February 13, 2026        _____
        New York, New York           JEANNETTE A. VARGAS
                              United States District Judge