UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>SIMS GROUP USA CORPORATION, SIMS GROUP USA HOLDINGS CORPORATION, SIMSMETAL EAST LLC,<br><br>Defendants. | Case No. 1:24-cv-09420-JAV |

**JOINT MOTION FOR CONFIRMATION OF ADJOURNMENT OF INITIAL PRETRIAL CONFERENCE AND EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants Sims ARG, Inc., Sims Group USA Corporation, and Sims Group USA Holdings Corporation (collectively, "Defendants") and Plaintiff Conservation Law Foundation, Inc. ("Plaintiff"), respectfully submit this Joint Motion:

1. to adjourn the Initial Pretrial Conference until after Defendants serve their responsive pleading to the Summons and Complaint; and

2. for a 30-day extension of the deadline for Defendants to serve their responsive pleading to the Summons and Complaint, pursuant to Fed. R. Civ. P. 6(b).

On October 3, 2025, the Court set the Initial Pretrial Conference for February 17, 2026. ECF No. 20. Thereafter, the Parties subsequently filed a joint motion to extend the deadline for Plaintiff to serve the Summons, Complaint, and Civil Case Opening Documents on Defendants until January 15, 2026, which the Court granted. See ECF No. 21. On January 15, 2026, Defendants executed, and Plaintiffs filed, a waiver of service of summons, and the Court noted that responsive

1

pleadings are due on March 16, 2026. See ECF No. 23. Based on those intervening events that changed the date on which issue would be joined, the Parties misunderstood that the Initial Pretrial Conference had been adjourned without date. As discussed further below, and in view of productive settlement discussions between the Parties, the Parties respectfully request that the dates for the submission of a joint letter and proposed Civil Case Management Plan and Scheduling Order, and for the Initial Pretrial Conference, be adjourned until a date after Defendants serve their responsive pleading to the Summons and Complaint on Plaintiff.

Pursuant to Fed. R. Civ. P. 6(b), the Parties also respectfully request a 30-day extension of the deadline for Defendants to serve their responsive pleading to the Summons and Complaint. The deadline for service by Defendants on Plaintiff is currently March 16, 2026, pursuant to Defendants' January 15, 2026 waiver of service. See ECF No. 23. If granted by the Court, this motion would reset the deadline for Defendants' response to April 15, 2026.

The Parties have good cause for seeking 1) an extension of time to respond to the Complaint and 2) to adjourn the Initial Pretrial Conference, because the Parties are engaged in productive and ongoing negotiations in an effort to resolve or narrow the issues in the above-captioned case, as well as in three related cases: *CLF v. Sims Group USA Corp. et al.*, Case No. 1:24-cv-00520-WES-PAS (D.R.I.); *CLF v. Sims Group USA Corp. et al.*, Case No. 3:24-cv-01961-VDO (D. Conn.); and *CLF v. Sims ARG, Inc. et al.,* Case No. 1:24-cv-03571-MJM (D.Md.). This is the Parties' first request for an extension of the Defendants' deadline to file responsive pleadings, and the second request to adjourn the Initial Pretrial Conference.

The Parties submit the following in support of this request for adjournment and extension:

1) This matter involves complicated compliance issues that require extensive consultation with various experts and members of the Defendants' staff not just in this jurisdiction, but also in three other cases related to this matter in different jurisdictions.

2) The Parties have exchanged several offers in the related Rhode Island case and are making progress on several material terms for settlement. CLF made an initial settlement offer regarding the facilities in Rhode Island on May 29, 2025, which Defendants responded to on June 6, 2025. CLF responded to Defendants' letter on June 25, 2025. Defendants gave another counteroffer on July 17, 2025. CLF and Defendants visited the two sites in Providence, RI, and met to discuss settlement on July 24, 2025.

3) Since then, the Parties have continued to exchange settlement terms and confer regularly. The Parties conferred telephonically or in writing several times during December 2025 and January 2026, and have significantly narrowed the remaining topics requiring resolution. The terms being negotiated in the Rhode Island case will assist the parties in focusing on the terms needing significant attention in the New York matter.

4) The Parties' negotiations are progressing productively and they agree that they may resolve this matter.

5) The Parties further believe that, until Defendants respond to the Amended Complaint, it would be premature to prepare a proposed Civil Case Management Plan and Scheduling Order or to hold a Pre-Trial Conference. Until responsive pleadings are filed, the full range of claims, affirmative defenses, and potential bases of a motion to dismiss under Fed. R. Civ. P. 12 will not be fully known. A proposed management plan and scheduling order filed before that point may need to be revisited after issue is joined, and the Court could need to amend the Scheduling Order.

If, despite the requests above, the Court prefers to hold an initial pre-trial conference or simple status conference, the Parties respectfully request that the date of the conference be adjourned to early March, since Plaintiff's counsel will be out of the state during the week of

February 15 and Defendants' counsel will be in Washington, D.C. for most of the following week.

WHEREFORE, the Parties respectfully request that this Court grant the instant motion and

1. Adjourn the Initial Pretrial Conference until after Defendants serve their responsive pleading to the Summons and Complaint; and

2. Extend the deadline for Defendants to serve their responsive pleading to the Summons and Complaint on Plaintiff, until April 15, 2026.

Respectfully submitted,

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | SIMS GROUP USA CORPORATION, SIMS GROUP USA HOLDINGS CORPORATION, SIMSMETAL EAST LLC, |
| By Its Attorneys, | By Their Attorneys, |
| */s/* *Erica Kyzmir-McKeon*<br>Erica Kyzmir-McKeon, Esq.<br>Bar No: 4987376<br>Phoebe DeMeerleer, Esq.<br>*pro hac vice motion to be filed*<br>Conservation Law Foundation, Inc.<br>235 Promenade St.<br>Ste. 560<br>Providence, RI 02908<br>(401) 228-1908<br>pdemeerleer@clf.org | BEVERIDGE & DIAMOND, P.C.<br><br>*/s/ John H. Paul*<br>John H. Paul (No. JP-0621)<br>825 Third Avenue, 16th Floor<br>New York, NY 10022<br>(212) 702-5400<br><br>Laura K. McAfee (*pro hac vice to be submitted*)<br>201 North Charles Street<br>Suite 2210<br>Baltimore, MD, 21201-4150<br>(410) 230-1330 |

Date: February 13, 2026

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2026, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Erica Kyzmir-McKeon*
Erica Kyzmir-McKeon
